UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 31, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Janice Ledley

| | |
|---|---|
| Case Number: | 16-30341 (SLM) |
| Hearing Date: | 1/25/2017 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

~~ORDER REINSTATING AUTOMATIC STAY~~
**ORDER DENYING THE REINSTATEMENT OF THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 31, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by _____Leressa Crockett_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

~~The automatic stay as to _____ is reinstated effective the date of this order.~~

Due to the debtor's noncompliance with Section 362(c)(4)(B) of the Bankruptcy Code, the debtor's motion to reinstate the automatic stay is DENIED.

*rev.7/12/16*