UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 31, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Janice Ledley

| | |
|---|---|
| Case Number: | 16-30341 (SLM) |
| Hearing Date: | 1/25/2017 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☒ Modified

~~ORDER REINSTATING AUTOMATIC STAY~~
**ORDER DENYING THE REINSTATEMENT OF THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 31, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by _____Leressa Crockett_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

~~The automatic stay as to _____ is reinstated effective the date of this order.~~

Due to the debtor's noncompliance with Section 362(c)(4)(B) of the Bankruptcy Code, the debtor's motion to reinstate the automatic stay is DENIED.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Janice Ledley  
      Debtor

Case No. 16-30341-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 31, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.  
db          +Janice Ledley,   155 Chestnut Street,   Montclair, NJ 07042-2945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC, as servicer for Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 nj_ecf_notices@buckleymadole.com  
      Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC, as servicer for Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 cmecf@sternlav.com  
      Leressa Crockett   on behalf of Debtor Janice Ledley Crockettlegal@gmail.com, gconley103@gmail.com  
      Marie-Ann Greenberg   magecf@magtrustee.com

      TOTAL: 5